UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY



| | |
|---|---|
| In re HYPODERMIC PRODUCTS ANTITRUST LITIGATION | Master Docket No. 05-CV-1602 (JLL) MDL No. 1730 |
| INTERNATIONAL MULTIPLE SCLEROSIS MANAGEMENT PRACTICE, Plaintiff, v. BECTON DICKINSON & COMPANY, Defendant. | Hon. Jose L. Linares, U.S.D.J. Hon. Claire C. Cecchi, U.S.M.J. Filed Electronically |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R.CIV.P. 41(a)

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff International Multiple Sclerosis Management Practice Group hereby gives notice of the voluntary dismissal, without prejudice, of all claims asserted in its April 5, 2007 class action complaint filed in this district on April 5, 2007 and entitled *International Multiple Sclerosis Management Practice v. Becton Dickinson & Company*, Civ. Action No. 07-1602. Defendant has not yet answered the complaint.

Each party is to bear its own costs. No consideration has been given to plaintiff or its counsel in exchange for this dismissal.

LAW OFFICE OF JAMES V. BASHIAN, P.C.

By: s/James V. Bashian
James V. Bashian (JB 6331)
Fairfield Commons
271 Route 46 West
Suite F-207
Fairfield, New Jersey 07004
Telephone: (973) 227-6330

SO ORDERED: _____
DATED: 10/22/07

Judith L. Spanier
Karin E. Fisch
**ABBEY SPANIER RODD & ABRAMS, LLP**
212 East 39th Street
New York, New York 10016
Telephone: (212) 889-3700